655 A.2d 504

**William PETRAS, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (USX CORPORATION).**

Supreme Court of Pennsylvania.

Argued March 7, 1995.

Decided March 28, 1995.

Daniel K. Bricmont, Caroselli, Spagnolli & Beachler, Pittsburgh, for appellant.

Martha R. Conley, William J. McKim, Pittsburgh, for USX Corp.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Order affirmed.

CAPPY, J., dissents.

MONTEMURO, J., is sitting by designation.